UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:16-CR-281-FL1

UNITED STATES OF AMERICA )
)
v. )
) **ORDER GRANTING**
MICHAEL ERIC TILLERY, JR., ) **MOTION TO SEAL**
Defendant )
_____ )

THIS MATTER is before the Court on the Defendant's Motion to Seal, requesting that

Defendant's Sealed Sentencing Memorandum And Motion For Downward Variance be filed

under seal.

FOR GOOD CAUSE SHOWN, the Motion is allowed and the Clerk is directed to file

under seal Defendant's Sealed Sentencing Memorandum And Motion For Downward Variance.

This 22nd day of January, 2018.


_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE